UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SHEILA BREWINGTON FEIMSTER, | |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NO: 2:10-cv-00055 |
| Defendant. | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, SHEILA BREWINGTON FEIMSTER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                   Respectfully Submitted,

DATED:  May 21, 2010                KROHN & MOSS, LTD.

                                By: /s/ Alex Simanovsky                       _
                                   Alex Simanovsky, Esq.
                                   Attorney for Plaintiff
                                   Alex Simanovsky & Associates, LLC
                                   2300 Henderson Mill Road, Suite 300
                                   Atlanta, Georgia 30345

                                   Of Counsel
                                   Krohn & Moss, Ltd.
                                   10474 Santa Monica Blvd., Suite 401
                                   Los Angeles, CA 90025