**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| SHEILA BREWINGTON FEIMSTER, | - |
| | - |
| | - |
| Plaintiff, | - |
| | - CASE NO: 2:10-cv-00055-WCO |
| v. | - |
| | - **STIPULATION TO** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | - |
| | - **DISMISS AND PROPOSED** |
| | - **ORDER** |
| Defendant, | - |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SHEILA BREWINGTON FEIMSTER and

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby

orders, as follows:

1.      The dispute between the parties has been settled, therefore, the claims asserted by

Plaintiff, SHEILA BREWINGTON FEIMSTER, against Defendant, PORTFOLIO RECOVERY

ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 25, 2010            ALEX SIMANOVSKY & ASSOCIATES, LLC
                                *in association with*
                                KROHN & MOSS, LTD.

                                /s/ Alex Simanovsky

                                Attorney for Plaintiff,
                                SHEILA BREWINGTON FEIMSTER

Dated: June 25, 2010            PORTFOLIO RECOVERY ASSOCIATES, LLC

                                /s/ Zulema Green
                                Zulema Green, Esq.
                                Attorney for Defendant,
                                PORTFOLIO RECOVERY ASSOCIATES, LLC

1

Error! Unknown document property

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Judge
United States District Judge

Stipulation of Dismissal and [Proposed] Order

**Error! Unknown document property.**